UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TAMMY TOOMBS,<br><br>   Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY,<br><br>   Defendant. | No. 19-cv-01796 |

### DISMISSAL STIPULATION

  Plaintiff and Defendant agree that Plaintiff's Complaint may be dismissed with prejudice, no costs or fees awarded.

April 20, 2020

| | |
|---|---|
| */s/ Ivan A. Ramos*<br>Ivan A. Ramos, Esq., (ct #14122)<br>RamosLaw, LLC<br>255 Main Street, Suite 401<br>Hartford, CT 06106<br>(860) 519-5242<br>(860) 838-6403 fax<br>ivan@ramosdisability.com<br><br>*Attorneys for Plaintiff* | */s/ Brooks R. Magratten*<br>Brooks R. Magratten, Esq., (ct #27454)<br>Pierce Atwood, LLP<br>One Financial Plaza, 26th Floor<br>Providence, RI 02903<br>(401) 490-3422<br>(401) 588-5166 fax<br>bmagratten@pierceatwood.com<br><br>*Attorneys for Defendant*<br>*Standard Insurance Company* |

{W11912041.1}

## **CERTIFICATE OF SERVICE**

      I certify that the within document was electronically filed with the clerk of the court on April 20, 2020, and that it is available for viewing and downloading from the Court's ECF system.  Service by electronic means has been effectuated on the following counsel of record:

Ivan A. Ramos, Esq.
RamosLaw, LLC
255 Main Street, Suite 401
Hartford, CT 06106

                              */s/ Brooks R. Magratten*